◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KOVACIC, Appellant. [680 NYS2d 859] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered November 27, 1995, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that his trial should have been severed from that of a codefendant is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, his contention that he was prejudiced by the admission of the redacted statement of that codefendant, who did not testify at the joint trial, is without merit *(see, People v Sutter,* 162 AD2d 644).

The defendant's remaining contention is unpreserved for appellate review. Thompson, J. P., Krausman, Goldstein and Luciano, JJ., concur.